

# NUMBER 13-21-00257-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE NINA YZETT PARODI

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

Relator Nina Yzett Parodi filed a petition for writ of mandamus through which she asserts that the trial court abused its discretion by issuing temporary orders and by failing to dismiss the motion to modify the parent-child relationship filed by the real party in interest, Eloy Peralez. Relator requests that we stay the trial court proceedings, including

the temporary orders issued on May 3, 2021, pending resolution of this original proceeding.

The Court, having examined and fully considered relator's request for a stay, is of the opinion that this request should be carried with the case at the present time. Accordingly, relator's request for a stay will be carried with the case until further order of this Court. *See* TEX. R. APP. P. 52.10(b). We request that Peralez, the real party in interest, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of seven days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
17th day of August, 2021.